

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00540-CV

Gloria B. **GIRON**,
Appellant

v.

**BGRS, LLC** a/k/a Brookfield Global Relocation Services, LLC and Corey Peters,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17606
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of this appeal.

SIGNED April 27, 2022.

_____
Beth Watkins, Justice